DANIELLE BITON et al., Appellants, v AMEENA MEER et al., Respondents.

Decided December 15, 2011

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that it does not lie (*see* CPLR 5601).